# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name** Terrica Best

**Case No.** 16-40607   **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
- ✔ Debtor
- ___ Creditor

Terrica Nicole Henricks-Best
**Name Of Party - (type or print)**

## Old Address Information:

2606 SE Iowa Ave
*Old Street Address, Rural Route or Post Office Box - (type or print)*

Topeka, KS 66605
*Old City, State and Zip Code - (type or print)*

## New Address Information:

5235 SW 20th Terr Apt 304
*New - Street Address, Rural Route or Post Office Box - (type or print)*

| Topeka | | KS | 66604 |
|---|---|---|---|
| **New** - City | County | State | Zip Code - (type or print) |

Dated: 11/17/2016

s/ Terrica Best
Signature of Person Authorizing Address Change

_____
Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

| Bankruptcy Clerk's Office | Bankruptcy Clerk's Office | Bankruptcy Clerk's Office |
|---|---|---|
| 401 N. Market Rm 167 | 500 State Ave Rm 161 | 444 SE Quincy Rm 240 |
| Wichita KS 67202 | Kansas City KS 66101 | Topeka KS 66683 |

Revised 05/30/08

Case 16-40607   Doc# 34   Filed 11/17/16   Page 1 of 1